Bennett J. Lee, Esq. (State Bar No. 230482)
Andrew Van Ornum, Esq. (State Bar No. 214040)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
One Sansome Street, Suite 1050
San Francisco, CA 94104
Telephone: 415-623-7000
Facsimile: 415-623-7001
Email: avanornu@wthf.com

Attorneys for Defendant,
Counter-claimant, and Cross-claimant,
VT GRIFFIN SERVICES, INC.,

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA f/u/o Berry's Heating and Air Conditioning, Inc., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>Fireman's Fund Insurance Company, a California corporation, et al.<br><br>Defendants. | Case No. 2:05-CV-02196-LKK-JFM<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF:**<br><br>(1) **CROSS-CLAIM OF V.T. GRIFFIN SERVICES, INC. AGAINST AMERICAN CONTRACTORS INDEMNITY COMPANY, AND**<br><br>(2) **CROSS-CLAIM OF AMERICAN CONTRACTORS INDEMNITY COMPANY AGAINST BERRY'S HEATING AND AIR CONDITIONING, ELIZABETH ANN BERRY, AND BRIGGS E. BERRY** |
| V.T. Griffin Services, Inc., a Georgia corporation,<br><br>Counter-claimant<br>and Cross-claimant,<br><br>v.<br><br>Berry's Heating And Air Conditioning, Inc., a California corporation, American Contractors Indemnity Company, a California corporation,<br><br>Counter-defendant<br>and Cross-defendant. | |

1

STIPULATION AND ORDER RE: DISMISSAL OF CROSS-CLAIMS
CASE NO. 2:05-CV-02196-LKK-JFM

American Contractors Indemnity Company,
a California corporation

                Third Party Plaintiff

   v.

Berry's Heating and Air Conditioning, a California corporation; Elizabeth Ann Berry, an individual; Briggs E. Berry, an Individual

                Third Party Defendants

No appearance having been made by Third Party Defendants Elizabeth Ann Berry and Briggs E. Berry, Defendant and Cross-claimant V.T. GRIFFIN SERVICES, INC. ("VT Griffin"), by and through its attorney, Andrew Van Ornum of Watt, Tieder, Hoffar & Fitzgerald, LLP; Cross-defendant and Third Party Plaintiff AMERICAN CONTRACTORS INDEMNITY COMPANY ("ACIC"), by and through its attorney, Charles Philipps of the Law Offices of Charles Philipps; and Plaintiff and Third Party Defendant BERRY'S HEATING AND AIR CONDITIONING ("BERRY'S"), by and through its attorney, Kevin Cox of the Law Firm of Joseph A. Camardo, Jr., HEREBY STIPULATE as follows:

(1)    the Cross-claim of VT Griffin against ACIC be and hereby is dismissed without prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), with each party to bear its own attorneys' fees, costs and expenses; and

(2)    the Cross-claim of ACIC against BERRY'S, Elizabeth Ann Berry, and Briggs E. Berry be and hereby is dismissed without prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

///
///
///
///
///
///

**IT IS SO STIPULATED.**

Dated: February 22, 2006     LAW FIRM OF JOSEPH A. CAMARDO, JR.


By: <u>signature on original</u>
  Kevin Cox
  Attorney for Plaintiff and Third Party Defendant
  BERRY'S HEATING AND AIR
  CONDITIONING

Dated: February 22, 2006     LAW OFFICES OF CHARLES J. PHILIPPS


By: <u>signature on original</u>
  Charles J. Philipps
  Attorney for Cross-defendant and Third Party
  Plaintiff AMERICAN CONTRACTORS
  INDEMNITY COMPANY

Dated: February 22, 2006     WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.


By:  <u>signature on original</u>
  Bennett J. Lee
  Andrew Van Ornum
SF#9667   Attorneys for Defendant, Counter-claimant, and
  Cross-claimant,
  VT GRIFFIN SERVICES, INC.


**IT IS SO ORDERED.**

   DATED: February 22, 2006.

           <u>/s/Lawrence K. Karlton</u>
           Lawrence K. Karlton
           Senior Judge