Bennett J. Lee, Esq. (State Bar No. 230482)
Andrew Van Ornum, Esq. (State Bar No. 214040)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
One Sansome Street, Suite 1050
San Francisco, CA 94104
Telephone:  415-623-7000
Facsimile:  415-623-7001

Attorneys for Defendant and Counter-claimant
VT GRIFFIN SERVICES, INC.
and Defendants FIREMAN'S FUND INSURANCE
COMPANY, and AMERICAN HOME
ASSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FOR USE OF BERRY'S HEATING AND AIR CONDITIONING, INC., a California Corporation,<br><br>                    Plaintiff,<br><br>    v.<br><br>FIREMAN'S FUND INSURANCE COMPANY, ET AL.,<br><br>                    Defendants. | Case No. 2:05-CV-02196-LKK-JFM<br><br>**STIPULATED MOTION FOR PARTICIPATION IN MANDATORY SETTLEMENT CONFERENCE BY SURETIES TO BE BY TELEPHONE**<br><br>Mandatory Settlement Conference:  August 3, 2007<br><br>Trial Date:  September 25, 2007 |
| AND RELATED COUNTER-CLAIM | |

Defendant and counterclaimant V.T. Griffin Services, Inc. ("VT Griffin"), defendants American Home Assurance Company ("AHAC") and Fireman's Fund Insurance Company ("FFIC") (collectively, VT Griffin, AHAC and FFIC will be referred to as "Defendants"), and plaintiff Berry's Heating and Air Conditioning, Inc. ("Berry's") hereby stipulate and request consent of the Court to allow AHAC and FFIC attend and participate in the mandatory settlement conference scheduled for August 3, 2007 by telephone stand-by.

The dispute in this matter arises out of a subcontract between Berry's and VT Griffin.  Defendants AHAC and FFIC are involved as the Miller Act payment bond surety guaranteeing payment to proper

1

1  claimants.  However, the right to recover from a payment bond exists only if a proper claimant has not
2  been paid in full under its contract with the bonded principal, e.g. VT Griffin, but the principal is
3  primarily liable.  *See e.g. Cates Construction v. Talbot Partners*, 21 Cal.4th 28, 980 P.2d 407, 412 (1999)
4  ("[i]n suretyship, the risk of loss remains with the principal, while the surety merely lends its credit so as to
5  guarantee payment or performance in the even that the principal defaults").  In this case, Berry's seeks
6  approximately $66,000 and VT Griffin counterclaims for approximately $31,000.

Undersigned counsel for VT Griffin represents that a representative from VT Griffin will attend the settlement conference and that counsel will have sufficient authority from AHAC and FFIC to resolve the matter.

Defendants and Berry's are in agreement that given the amount in dispute is relatively small, that AHAC's claim representative for the claim is located in New York, that FFIC's representative is located in Marin County, and that VT Griffin will be personally attending, it is unnecessary for representatives from AHAC and FFIC to personally attend.

Thereby, Defendants and Berry's request consent of the Court to allow FFIC and AHAC to attend via telephone stand-by.

IT IS SO STIPULATED AND REQUESTED.

Dated: July 24, 2007                    WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.

By:  /s/ Andrew Van Ornum
     Bennett J. Lee
     Andrew Van Ornum
     Attorneys for Defendant and Counter-claimant
     VT GRIFFIN SERVICES, INC.
     and Defendants FIREMAN'S FUND
     INSURANCE COMPANY, and AMERICAN
     HOME ASSURANCE COMPANY

Dated:  July 24, 2007                   LAW FIRM OF JOSEPH A. CAMARDO, J.R.

By:  _____
     Kevin Cox, Esq.
     Attorneys for plaintiff and counterdefendant,
     BERRY'S HEATING AND AIR
     CONDITIONING, INC.

ORDER GRANTING SURETIES RIGHT TO PARTICIPATE

IN MANDATORY SETTLEMENT CONFERENCE VIA TELEPHONE

Based upon the parties' Stipulated Motion, and for good cause, the Court orders that representatives of AHAC and FFIC are allowed to participate in the mandatory settlement conference via telephone.

IT IS SO ORDERED.

Dated: July 24, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE