1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES for the use
    of BERRY'S HEATING AND AIR
12  CONDITIONING, INC., a
    California corporation,
13
                                        NO. Civ.S-05-2196 LKK/JFM
14          Plaintiff,

15     v.                               **ORDER RE DISPOSAL
                                        DOCUMENTS AFTER
16  FIREMAN'S FUND INSURANCE            NOTIFICATION OF SETTLEMENT**
    COMPANY, a California
17  corporation, et al.,

18
            Defendants.
19  _____/

20       The court has been notified that this case has settled, and

21  therefore orders that the dispositional documents disposing of the

22  case be filed no later than twenty (20) days from the effective

23  date of this order.

24       All hearing dates heretofore set in this matter are hereby

25  **VACATED.**

26  ////

                                1

1     <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>

2  <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>

3  <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

4     IT IS SO ORDERED.

5     DATED:  August 7, 2007.

 

 

 

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT